**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEND INDUSTRIES, INC.<br>a Wisconsin corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 99-CV-1356<br>(JMR/FLN)<br>00-650 JMR/FLN |

## ORDER

The Court having considered the Stipulated Motion for a 30-day extension to answer the Complaint and having found good cause for granting the motion, **IT IS HEREBY ORDERED:**

Defendant, Bend Industries, Inc. shall have until August 31, 2000 to submit an Answer or otherwise respond to Plaintiff's Complaint.

Dated: 8/1/00

Franklin L. Noel
United States District Magistrate Judge

FILED AUG 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK