**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br>BEND INDUSTRIES, INC.<br>a Wisconsin corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 00-CV-650<br>(JMR/FLN) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

The parties to this action, acting through their respective counsel, agree that the defendant, Bend Industries ("Bend"), may have to and including October 31, 2000 in which to answer or otherwise respond to plaintiff Anchor Wall System, Inc.'s ("Anchor Wall") Complaint, served on Bend on July 12, 2000. An extension is requested because the parties are attempting to reach a settlement of this case.

Dated: 9-15-2000

Respectfully submitted

By John Kramm

John D. Kramm, # 176394
Malcolm M. Moore, # 74779
Moore & Hansen
2900 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 332-8200

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Jeffrey S. Sokol
SOKOL LAW OFFICE
828 North Broadway
Suite 850
Milwaukee, Wisconsin 53202
Telephone: (414) 272-7200

**ATTORNEYS FOR DEFENDANT BEND INDUSTRIES, INC.**

Dated: 9.15.00

**MERCHANT & GOULD P.C.**

By ______________________

Alan G. Carlson, # 14801
Jeffer Ali, # 247,947
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-4131
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ATTORNEYS FOR PLAINTIFF ANCHOR WALL SYSTEMS, INC.**

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ORDERED that the Defendant Bend Industries, Inc., may have until and including October 31, 2000, to answer or otherwise respond to the Complaint. No further extensions will be granted

Dated: 9/21/00

______________________
Franklin L. Noel
United States Magistrate Judge