ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC., a Minnesota corporation, Plaintiff, v. BEND INDUSTRIES, INC., a Wisconsin corporation, Defendant. | ) | CIVIL ACTION NO. 00-CV-650 (JMR/FLN) |

RECEIVED
MAY 15 2001
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**ORDER AND CONSENT JUDGMENT**

The parties, through their respective attorneys, hereby consent to entry of judgment as follows:

1. This court has jurisdiction over the subject matter of the action.

2. This court has personal jurisdiction over the parties.

3. Venue is proper in this court.

4. No finding is made as to whether or not the "Dry Wall" blocks, shown in Exhibit 1 hereto, and the "Handy Wall" and "Handy Stone III" blocks, shown in Exhibit 2 hereto, infringe one or more claims of U.S. Patent No. 5,827,015, or one or more claims of U.S. Patent No. 6,142,713.

5. No finding is made concerning the validity or enforceability of U.S. Patent No. 5,827,015 or U.S. Patent No. 6,142,713.

MAY 18 2001
FILED MAY 18 2001
FRANCIS E. [illegible]
JUDGMENT [illegible]
DEPUTY CLERK [illegible]

6. As an inducement to Plaintiff to settle this litigation, Defendant shall enter into a royalty-bearing license agreement with Plaintiff, in the form agreed upon by the parties, with respect to the "Dry Wall", "Handy Wall", and "Handy Stone III" blocks shown in Exhibits 1 and 2 hereto and will grant to Plaintiff certain intellectual property rights with respect to certain edger products, in a form agreed upon by the parties.

7. Each party shall pay its own costs and attorney fees associated with this action.

ANCHOR WALL SYSTEMS, INC.

By its Attorneys

BEND INDUSTRIES, INC.

By its Attorneys

So ordered. May 17, 2001

United States District Judge